Certificate Number: 05781-UT-DE-041554698

Bankruptcy Case Number: 26-25638

05781-UT-DE-041554698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2026, at 11:25 o'clock AM PDT, Alexander Lausterer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: October 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President